| A CERTIFIED TRUE COPY |
|---|
| ATTEST |
| By Denise Morgan-Stone on Jan 05, 2009 |
| FOR THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION |

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Dec 16, 2008**

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: PROCESSED EGG PRODUCTS ANTIRUST LITIGATION**

MDL No. 2002

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On December 2, 2008, the Panel transferred one civil action to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* F.Supp.2d. (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Gene E.K. Pratter.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Pratter.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of December 2, 2008, and, with the consent of that court, assigned to the Honorable Gene E.K. Pratter.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

| Inasmuch as no objection is pending at this time, the stay is lifted. |
|---|
| **Jan 05, 2009** |
| CLERK'S OFFICE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION |

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD
1/6/09

**IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION**

MDL No. 2002

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**        **CASE CAPTION**

MINNESOTA
| | | | |
|---|---|---|---|
| MN | 0 | 08-5970 | SensoryEffects Flavor Co., etc. v. United Egg Producers, Inc., et al. |
| MN | 0 | 08-6030 | Adam Properties, Inc. v. Michael Foods, Inc., et al. |
| MN | 0 | 08-6036 | Sicilian Chefs, Inc., etc. v. Michael Foods, Inc., et al. |
| MN | 0 | 08-6239 | Zeqiri Corp., etc. v. Golden Oval Eggs, LLC |

NEW JERSEY
| | | | |
|---|---|---|---|
| NJ | 2 | 08-5104 | Oasis Foods Co. v. Michael Foods, Inc., et al. |

MICHAEL E. KUNZ
CLERK'S OFFICE
CLERK OF COURT

ROOM 2609
(267) 299-7018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797

RE:   PROCESSED EGG PRODUCTS ANTITRUST LITIGATION
      MDL 2002
      **MN-D, 0:08-5970, 0:08-6030, 0:08-6036, 0:08-6239**

Dear Clerk:

Enclosed is a Certified copy of the conditional transfer order (CTO-1) issued by the Judicial Panel on Multidistrict Litigation directing the transfer of the cases listed on the attached schedule to the ED-PA as part of the MDL 2002 assigned to the Honorable Gene E.K. Pratter.

**Please docket this order on the cases listed on the attached schedule and notify our court by mailing us a certified copy of the docket when completed. We will then log onto pacer and print the case file. You will not be required to forward any documents to our district unless directed otherwise.**

If you have any questions, please call me at (267) 299-7018.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: Tom Dempsey

Tom Dempsey, Deputy Clerk
MDL Docketing Clerk

Enclosure

[Stamp: RECEIVED BY MAIL JAN 09 2009 CLERK US DIST COURT MINNEAPOLIS MN]